of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 1082. WEATHERS *v.* UNITED STATES. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Philip Donald DeHoff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. John Ford Baecher* for the United States.

No. 1104. MILBURN *v.* MARTHA HEALD; and
No. 1105. MILBURN *v.* ORLAND HEALD. May 11, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Barnabas F. Sears* for petitioner. *Mr. Joseph D. Ryan* for respondents.

No. 1109. MONTGOMERY *v.* UNITED STATES. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jacob Weinstein* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Henry J. Fox* for the United States.

No. 1110. HUFFMAN *v.* HOME OWNERS' LOAN CORPORATION. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Price Wickersham, William S. Hogsett,* and *Hale*